**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

| | |
|---|---|
| Appellate case name: | Monica Hardaway and Glenn Hardaway v. Deutsche Bank National Trust Company as Trustee, In Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset Backed Certificates, Series 2006-WL 1 |
| Appellate case number: | 01-17-00677-CV |
| Trial court case number: | 17-CCV-059731 |
| Trial court: | County Court at Law No. 4 of Fort Bend County |

Appellants, Monica Hardaway and Glenn Hardaway, have filed a notice of appeal of the trial court's final judgment in a forcible detainer proceeding. And, appellants have filed an "Emergency Motion to Stay Any Execution of the Writ of Possession Related to the Emergency Petition for Writ of Mandamus and Fraud Upon the Court, Case No. 01-17-00880-CV." The motion is **denied**.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                             ☒ Acting individually     ☐ Acting for the Court

Date: January 26, 2018